UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11687-RCL |

## NOTICE OF APPEARANCE

TO: CIVIL CLERK

Please enter the appearance of Jason D. Frank of Bingham McCutchen LLP as counsel for defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, and Edmund J. Maroney.

        **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, AND EDMUND J. MARONEY,**

        By their attorney,

        /s/ Jason D. Frank
        Jason D. Frank, BBO #634985
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        (617) 951-8153

Dated: September 23, 2005

LITDOCS/615250.1