UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>      v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>                         Defendants. | CIVIL ACTION<br>NO.  05-11687-RCL |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

      The parties, by and through their counsel, hereby agree to extend the time within which the defendants must answer, move or otherwise respond to the complaint in this action until forty-five (45) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 ("Reform Act"), or service on defendants by lead plaintiff of an amended complaint, whichever comes later.

      In the event that defendants move to dismiss the complaint, plaintiffs shall have forty-five (45) days to file their opposition brief and defendants shall have leave to file a reply brief forty-five (45) days following service of the opposition brief.

LITDOCS/615059.1

- 2 -

Respectfully submitted,

| | |
|---|---|
| **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, AND EDMUND J. MARONEY,** | **ROBERT FAUSSNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** |
| By their attorneys, | By his attorneys, |
| /s/ Jordan D. Hershman | /s/ David Pastor |
| Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 | David Pastor, BBO #391000<br>**GILMAN AND PASTOR, LLP**<br>60 State Street, 37th Floor<br>Boston, MA  02109<br>(617) 742-9700<br><br>-and-<br><br>Marc A. Topaz, Esq.<br>Richard A. Maniskas, Esq.<br>Tamara Skvirsky, Esq.<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706 |

Dated: September 23, 2005

**IT IS SO ORDERED:**

_____
Honorable Reginald C. Lindsay
United States District Judge

Dated: