# UNITED STATES DISTRICT COURT

District of _Massachusetts_

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated
V.

INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY, JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-11687 RCL

TO: (Name and address of Defendant)

Michael F. Rogers, President
Investors Financial Services Corp.
200 Clarendon Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



8-15 05

DATE

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                  *Signature of Server*

            _____
            *Address of Server*

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

October 21, 2005

I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Andrew Josef, Deputy General Counsel, agent at the time of service for Michael F. Rogers, President, Investors Financial Services Corp.,  200 Clarendon Street,  Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00)
Total Charges $41.00

Deputy Sheriff Daniel Murray    /s/  Deputy Sheriff



# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated
                    V.
INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-11687 RCL

TO: (Name and address of Defendant) Investors Financial Services Corp.
200 Clarendon Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

8-15-05

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

                            _____
                                    Address of Server

---



Suffolk, ss.

October 21, 2005

I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Andrew Joseph, Deputy General Counsel, agent at the time of service for Investors Financial Services Corp., at , 200 Clarendon Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Daniel Murray     Deputy Sheriff

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

OSJ 23542

# UNITED STATES DISTRICT COURT

District of  Massachusetts

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated

V.

INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY, JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11687 RCL

TO: (Name and address of Defendant)

John N. Spinney Jr., Senior Vice President of
Marketing and Client Management
Investors Financial Services Corp.
200 Clarendon Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE  8-15-05

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

                                          _____
                                          Address of Server



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

October 21, 2005
I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Andrew Josef, Deputy General Counsel, agent at the time of service for John N. Spinney, Jr. Senior Vice President, of Marketing & Client Management,  200 Clarendon Street,  Investors Fin'l Servcs Corp. Boston, MA.
U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

                                                              Deputy Sheriff

Deputy Sheriff    Daniel Murray

# UNITED STATES DISTRICT COURT

District of   Massachusetts

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated

**SUMMONS IN A CIVIL ACTION**

V.

INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY, JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

CASE NUMBER:

05 - 11687 RCL

TO: (Name and address of Defendant)   Kevin J. Sheehan, Chairman and Chief Executive Officer
Investors Financial Services Corp.
200 Clarendon Street
Boston, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA   02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   8-15-05

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                      Signature of Server

                                                      Address of Server

---



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

October 21, 2005

I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Andrew Josef, Deputy General Counsel, agent at the time of service for Kevin J. Sheehan, Chairman and Chief Executive Officer Investors Financial Services Corp. at 200 Clarendon Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Daniel Murray            *Deputy Sheriff*

# UNITED STATES DISTRICT COURT

District of     Massachusetts

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated

**SUMMONS IN A CIVIL ACTION**

V.

INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

CASE NUMBER:

**05-11687 RCL**

TO: (Name and address of Defendant)

Edmund J. Maroney, Senior Vice President of
Technology
Investors Financial Services Corp.
200 Clarendon Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

8-15-05

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ *Date*

____________________ *Signature of Server*

____________________ *Address of Server*

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

October 21, 2005

I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Andrew Joseph,Deputy General Counsel,agent at the time of service for Edmund J. Maroney, Senior Vice President, at Technology Investors Financial Services Corp., 200 Clarendon Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Daniel Murray

Deputy Sheriff

# UNITED STATES DISTRICT COURT

District of    Massachusetts

ROBERT FAUSSNER, Individually
and On Behalf of All Others
Similarly Situated

               V.

INVESTORS FINANCIAL SERVICES CORP.,
KEVIN J. SHEEHAN, MICHAEL F. ROGERS,
JOHN N. SPINNEY JR., ROBERT D.
MANCUSO, EDMUND J. MARONEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05-11687 RCL**

TO: (Name and address of Defendant)

Robert D. Mancuso, Senior Vice President of
                 Marketing and Client Management
Investors Financial Services Corp.
200 Clarendon Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA   02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

8-15-05

CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

              _____
              Address of Server

---

5 05227533

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999



Suffolk, ss.

October 21, 2005

I hereby certify and return that on 10/14/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Andrew Josef, Deputy General Counsel, agent at the time of service for Robert D. Mancuso, Senior Vice President, of Marketing & Client Management, 200 Clarendon Street, Investors Fin'l Servcs Corp. Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Daniel Murray                                    Deputy Sheriff