UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>         Defendants. | CIVIL ACTION<br>NO. 05-11687-RCL |

## NOTICE OF APPEARANCE

TO:  CIVIL CLERK

Please enter the appearance of James P. Lucking of Bingham McCutchen LLP as counsel for defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, and Edmund J. Maroney.

            **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, AND EDMUND J. MARONEY,**

            By their attorney,


            /s/ James P. Lucking
            James P. Lucking, BBO #650588
            **BINGHAM MCCUTCHEN LLP**
            150 Federal Street
            Boston, MA  02110-1726
            (617) 951-8482

Dated: October 27, 2005

LITDOCS/620135.1

-2-

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served by CM/ECF on all parties so registered and by first-class mail on all other parties on October 27, 2005.

                                        /s/ James P. Lucking
                                        James P. Lucking

LITDOCS/620135.1