UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11687-RCL |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INVESTORS FINANCIAL SERVICES CORP.**

Pursuant to Local Rule 7.3(a), Defendant Investors Financial Services Corp. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

        **INVESTORS FINANCIAL SERVICES CORP.,**

        By its attorneys,

        /s/ James P. Lucking
        Jordan D. Hershman, BBO #553709
        Jason D. Frank, BBO #634985
        James P. Lucking, BBO #650588
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        (617) 951-8000

Dated: October 27, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by CM/ECF on all parties so registered and by first-class mail on all other parties on October 27, 2005.

/s/ James P. Lucking
James P. Lucking

-2-