UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,<br><br>       Defendants. | Civil Action Nos.<br>05-11627 RCL<br>05-11687 RCL<br>05-CA-11982 NMG |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE COMPLAINT**

  The parties, by and through their counsel, hereby agree to extend the time within which the defendants must answer, move or otherwise respond to the complaint filed in this action as set forth below. Further, the parties hereby agree to the following schedule for the filing by Lead Plaintiffs of a consolidated amended complaint and the briefing of defendants' motion to dismiss.

  Specifically, Lead Plaintiffs have agreed to file a consolidated amended complaint on or before January 16, 2006. Defendants shall answer, move or otherwise respond to the consolidated amended complaint by February 28, 2006. In the event that defendants move to dismiss the consolidated amended complaint, Lead Plaintiffs shall file any opposition briefs on or before March 30, 2006. Any defendant seeking to file a reply to the opposition papers must first obtain leave of court upon motion made on or before April 11, 2006.

LITDOCS/622953.1

- 2 -

| | Respectfully Submitted, |
|---|---|
| **THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND**, **On Behalf of Plaintiff and All Others Similarly Situated,** | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,** |
| By its attorneys, | By their attorneys, |
| /s/ Jeffrey W. Lawrence | /s/ Jordan D. Hershman |
| Jeffrey W. Lawrence<br>James W. Oliver<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 | Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>Jennifer W. Corinis, BBO #647247<br>Megan C. Deluhery, BBO #655564<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 |

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first-class mail on all parties on November 23, 2005.

/s/ Megan C. Deluhery
Megan C. Deluhery